# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**MAHMUD MORRAR,**

    Petitioner,                       CASE NO. 2:11-CV-574
                                      JUDGE MARBLEY
    v.                                MAGISTRATE JUDGE KING

**DEB TIMMERMAN-COOPER, WARDEN,**

    Respondent.

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the December 16, 2011 Order, the Court ADOPTED AND AFFIRMED the Report and Recommendation, and GRANTED Respondent's Motion to Dismiss. This action is hereby DISMISSED.

Date: **December 16, 2011**           **James Bonini, Clerk**

                                                    s/Betty L. Clark
                                                Betty L. Clark/Deputy Clerk